IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02044-AP

STEPHEN BETHEL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES.**
For Plaintiff: Paul Radosevich, 1621 York St. Denver, CO. 80206 (303)-377-1300. E-mail presq@att.net.

For Defendant: Christina J. Valerio, Special Assistant U.S. Attorney, 1961 Stout St. Suite 4169, Denver, CO. 80249-4003, (303)-844-7348. E-mail: Christina.valerio@ssa.gov.

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION.**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS.**

    **A. Date Complaint was Filed:** August 1, 2013.

    **B. Date Complaint was Filed on U.S. Attorney's Office:** August 5, 2013.

    **C. Date Answer and Administrative Record Were Filed:** September 30, 2013.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD.**

Upon initial review the administrative record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE.**

Neither party intends to file any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

This case does not raise any unusual claims or defenses.

### 7. OTHER MATTERS.

This case is not on appeal from a previous decision from this court.

### 8. BRIEFING SCHEDULE.

Plaintiff's Opening Brief shall be due: December 2, 2013.

Defendant's Reply Brief shall be due: January 2, 2014.

Plaintiff's Reply Brief shall be due: January 17, 2014.

### 9. STATEMENTS REGARDING ORAL ARGUMENT.

Neither party requests oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE.

Both parties do not consent to the exercise of jurisdiction by the Magistrate Judge.

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN.

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT.</u> ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause.</u>

DATED this 18th day of October, 2013.

BY THE COURT:

s/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/Paul Radosevich
Paul Radosevich
1621 York St.
Denver, CO. 80206
Telephone: 303-377-1300
e-mail: presq@att.net

/s/ Christina J. Valerio
ByChristina J. Valerio
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO. 80249-4003
telephone: 303-844-7348
e-mail: Christina.valerio@ssa.gov