IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02044-AP

STEPHEN BETHEL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES.**

For Plaintiff: Paul Radosevich, 1621 York St. Denver, CO. 80206 (303)-377-1300. E-mail presq@att.net.

For Defendant: Christina J. Valerio, Special Assistant U.S. Attorney, 1961 Stout St. Suite 4169, Denver, CO. 80249-4003, (303)-844-7348. E-mail: Christina.valerio@ssa.gov.

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION.**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS.**

    **A. Date Complaint was Filed:** August 1, 2013.

    **B. Date Complaint was Filed on U.S. Attorney's Office:** August 5, 2013.

    **C. Date Answer and Administrative Record Were Filed:** September 30, 2013.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD.**

Upon initial review the administrative record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE.**

Neither party intends to file any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

This case does not raise any unusual claims or defenses.

### 7. OTHER MATTERS.

This case is not on appeal from a previous decision from this court.

### 8. BRIEFING SCHEDULE.

Plaintiff's Opening Brief shall be due: December 2, 2013.

Defendant's Reply Brief shall be due: January 2, 2014.

Plaintiff's Reply Brief shall be due: January 17, 2014.

### 9. STATEMENTS REGARDING ORAL ARGUMENT.

Neither party requests oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE.

Both parties do not consent to the exercise of jurisdiction by the Magistrate Judge.

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN.

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT. ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 18th day of October, 2013.

BY THE COURT:

s/John L. Kane
U.S. DISTRICT COURT JUDGE

UNITED STATES ATTORNEY

APPROVED:

/s/Paul Radosevich
Paul Radosevich
1621 York St.
Denver, CO. 80206
Telephone: 303-377-1300
e-mail: presq@att.net

/s/ Christina J. Valerio
ByChristina J. Valerio
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO. 80249-4003
telephone: 303-844-7348
e-mail: Christina.valerio@ssa.gov