**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   13-cv-02044-WJM

STEPHEN BETHEL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Vacating Administrative Law Judge's Decision And Remanding To The Commissioner For Rehearing, entered by the Honorable William J. Martínez, United States District Judge, on June 30, 2014,

IT IS ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for rehearing.

Dated at Denver, Colorado this   1st   day of July, 2014.

                                                    BY THE COURT:
                                                  JEFFREY P. COLWELL, CLERK

                                                  By:   s/Deborah Hansen
                                                  Deborah Hansen, Deputy Clerk