**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-2044-WJM

STEPHEN BETHEL,

    Plaintiff,

v.

CAROLYN W. COLVIN, acting Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

This matter comes before the Court on the Parties' Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, filed July 16, 2014. (ECF No. 19.) The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED. Defendant is directed to pay to Plaintiff reasonable attorney fees in the amount of $7,500.00. Said payment shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Dated this 22nd day of July, 2014.

BY THE COURT:

_____
William J. Martinez
United States District Judge