**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 13-cv-2044-WJM

STEPHEN BETHEL,

    Plaintiff,

v.

CAROLYN W. COLVIN, acting Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES**

---

This matter comes before the Court on the Plaintiff's Unopposed Motion for Attorney's Fees Under 42 U.S.C. § 406(b) Pursuant to Fed. R.Civ. P. 60(b)(6) (ECF No. 21.)  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion is GRANTED.  Defendant is directed to pay to Plaintiff's counsel, Paul Radosevich, attorney fees in the amount of $12,720.22.  Upon payment of this fee, Mr. Radosevich is DIRECTED to refund the previously approved EAJA fee amount of $7,500.00 to his client, Mr. Bethel, pursuant to *Gisbrect v. Barnhart*, 535 U.S. 789, 122 S. Ct. 1817 (2002).

Dated this 24th day of April, 2015.

BY THE COURT:

William J. Martinez
United States District Judge